# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Jeffrey Allen Mitchell
The Cochran Firm
3850 N Causeway Blvd, #1500
Metairie LA 70001

Hugo L. Chanez
The Cochran Firm
3850 N Causeway Blvd #1500
Metairie LA 70002

Andy Dupre
Carter Dupre LLP
2401 Westbend Pkwy, #3070
New Orleans LA 70114

Gary M. Carter, Jr.
Carter Dupre LLP
2401 Westbend Pkwy, #3070
New Orleans LA 70114

> Judgment on rehearing rendered and mailed to all parties or counsel of record on December 16, 2020

**REHEARING ACTION: December 16, 2020**

**Docket Number: 19   00915-CA**

**MOHAB SAID
VERSUS
FEDERATED RURAL ELECTRIC INSURANCE
EXCHANGE, ET AL.**

**Appealed from Beauregard Parish Case No. C-2013-0786-A**

**BEFORE JUDGES:**

> **Hon. John D. Saunders**
> **Hon. Elizabeth A. Pickett**
> **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Mohab F. Said** has this day been

> **DENIED.**

cc: Claudia Hugill Gary, Counsel for the Appellee
    Jeffery D. Fruge, Counsel for the Appellee